UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CRAIG A DODDS** | § | |
| **Plaintiff** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:24-cv-00543** |
| | § | |
| | § | |
| **CARRINGTON MORTGAGE** | § | |
| **SERVICES LLC** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

Craig Dodds, by and through his attorney of record, moves the court pursuant to Fed. R. Civ. P. 65(b), for its order extending the temporary restraining order issued in this case on February 5, 2024. The grounds for this motion are that the injunction hearing set for this case was dismissed following the defendant's removal of this case from district court to federal court. Furthermore, the previous temporary restraining order will expire by operation of law before a judgement can be issued as to the merits of the case.

Respectfully submitted,

LAND, LABOR & CAPITAL
5718 Westheimer Rd.
Suite 1000
Houston, TX 77057
tel: 832-305-7677
fax: 281-848-6702

By:  /s/ Marcella Hagger
Marcella A. Hagger
Texas Bar No: 24093491
Mahagger.legal@gmail.com
Attorney for Plaintiff Craig Dodds

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was served in compliance with the Texas Rules of Civil Procedure upon all counsel of record and each party to this suit by certified mail, electronic service, hand-delivery, or fax on the 17th day of February 2024:

Via E-Mail
Mgutierrez@bradley.com
Melissa Gutierrez Alonso
600 Travis Street, Ste. 5600
Houston, TX 77002

2