UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CRAIG A DODDS**<br>  **Plaintiff** | § § § § § | |
| **v.** | § § § | **CIVIL ACTION NO. 4:24-cv-00543** |
| **CARRINGTON MORTGAGE**<br>**SERVICES LLC**<br>  **Defendant.** | § § § | |

### AFFIDAVIT IN SUPPORT TO EXTEND PLAINTIFF'S TEMPORARY RESTRAINING ORDER

I, Marcella Hagger, counsel for plaintiff, Craig Dodds, , being duly sworn, state in support of

plaintiff's motion to extend a Temporary Restraining Order issued by order of the district court

on February 5, 2024 that:

1. By its terms and pursuant to Fed. R. Civ. P. 65(b), the temporary restraining  order issued by

the district court will expire on February 18, 2024, unless extended by order of this court.

2. The date of the hearing on plaintiff's motion for a preliminary injunction was set in district court

for February 15, 2024, was not held due to defendant removing this case from district court to

federal court.

3. The circumstances justifying issuance of the original temporary restraining order, as set forth in

the Plaintiff's Original Verified Petition and affidavit of Craig Dodds, have not changed.


Respectfully submitted,



LAND, LABOR & CAPITAL
5718 Westheimer Rd.
Suite 1000
Houston, TX 77057
tel: 832-305-7677
fax: 281-848-6702

By:  /s/ Marcella Hagger
Marcella A. Hagger
Texas Bar No: 24093491
Mahagger.legal@gmail.com
Attorney for Plaintiff Craig Dodds

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was served in
compliance with the Texas Rules of Civil Procedure upon all counsel of record and each party to
this suit by certified mail, electronic service, hand-delivery, or fax on the 17th day of February
2024:

Via E-Mail
Mgutierrez@bradley.com
Melissa Gutierrez Alonso
600 Travis Street, Ste. 5600
Houston, TX 77002

## VERIFICATION

STATE OF _Louisiana_ §
§
COUNTY OF _Rapides Parish_ §

    BEFORE ME, the undersigned authority, personally appeared Marcella Hagger who, on oath, stated that the statements made in the foregoing Plaintiff's Motion to Extend Temporary Restraining Order are true and correct and within her personal knowledge.

_____
Marcella Hagger

    **SUBSCRIBED AND SWORN TO BEFORE ME**, the undersigned authority, on this the 17th day of February 2024, by Marcella Hagger.

_____
Notary Public
Frances T. Tennie

Affidavit in Support of Plaintiff's Motion to Extend Temporary Restraining Order