UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CRAIG A DODDS** | § | |
|     Plaintiff | § | |
| | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-00543 |
| | § | |
| | § | |
| **CARRINGTON MORTGAGE** | § | |
| **SERVICES LLC** | § | |
|     Defendant. | § | |

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

The court has considered the motion by Craig Dodds, as plaintiff, under Fed. R. Civ. P. 65(b) for an order extending until the Temporary Restraining Order until March 2, 2024, the temporary restraining order issued by this court against Carrington Mortgage Services, LLC., as defendant, on February 5 2024; and the affidavit of Craig Dodd plaintiff's attorney, in which it appears that defendant will commit the acts described in this court's temporary restraining order. It further appears that plaintiff will suffer immediate and irreparable injury, loss and damage unless such temporary restraining order is extended to March 2, 2024, pending a determination of plaintiff's motion for a preliminary injunction, in that Defendant could foreclose on the property before the merits of this case can be heard.

THEREFORE IT IS ORDERED that such temporary restraining order is extended and will continue in full force and effect to and including March 2, 2024, pending a hearing on and determination of plaintiff's motion for a preliminary injunction, and subject to further order of this court.

Dated: _____

_____
*[Name of judge]*

_____
*[Title of judge]*