**Melissa Alonso**
Partner
malonso@bradley.com
713.576.0311 direct



March 6, 2024

*Via email:* **mahagger.legal@gmail.com**
Marcella A. Hagger
Land, Labor & Capital PLLC
5718 Westheimer Rd., Ste. 1000
Houston, Texas 77057

RE: Case No. 4:24-cv-00543, *Craig A. Dodds v. Carrington Mortgage Services, LLC*; in the Southern District of Texas, Houston Division

Dear Marcella:

As you know, my firm represents Carrington Mortgage Services, LLC ("Carrington") in the above-referenced litigation. Please allow this letter to serve as our agreement that the property made the subject of this suit, located at 9317 Mohawk Dr., La Porte, Texas 77571 (the "Property"), is not currently posted for foreclosure. Further, Carrington has agreed to provide you 60 days written notice prior to re-posting the Property for foreclosure in the future.

In exchange, your client has agreed to withdraw his Renewed Motion for Temporary Restraining Order (Doc. 3) and agreed to pass the temporary injunction hearing currently scheduled for March 7, 2024 at 1:30 pm.

Please confirm this accurately represents the Parties' agreement by signing below. Please feel free to reach out if you have any questions.

Sincerely,

*/s/ Melissa Alonso*
Melissa Alonso

/s/ Marcella A. Hagger
_____
Marcella A. Hagger
Counsel for Plaintiff Craig Dodds